# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CHRIS FORD**                                                                                     **PLAINTIFF**

**v.**                                                             **CIVIL ACTION NO. 1:07cv76-M-D**

**SAC TRANSPORTATION, INC., et al.**                                  **DEFENDANTS**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This day this cause came on to be heard on the joint motion ore tenus of Plaintiff Chris Ford and Defendants for a Judgment of Dismissal With Prejudice of all claims of each and every nature pending in this action of Plaintiff against Defendants, and it being stipulated and made known to the Court that all of said claims have been fully compromised and settled between Plaintiff and Defendants, and that there remain no issues to be litigated by or between Plaintiff and Defendants or adjudicated by the Court, and that Plaintiff and Defendants agree that all of said claims should be dismissed, with prejudice, and that Plaintiff and Defendants consent to the entry of this Judgment. The Court, being fully advised in the premises, and having maturely considered same, is of the opinion and finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that all claims pending in this action of Plaintiff against Defendants should be and the same are hereby dismissed, with prejudice, with all parties bearing their own costs.

**IT IS FURTHER HEREBY ORDERED** that Plaintiff and his counsel shall resolve, and shall be solely responsible for resolving, as part of the agreed settlement between the parties, and as part of this Judgment, any and all subrogation and/or assignment claims of any insurers, workers' compensation benefits providers, employers, medical care providers and/or suppliers, Medicare

and/or Medicaid that exist as a result of the subject accident and/or this civil action and/or any other litigation between Plaintiff and Defendants.

**SO ORDERED AND ADJUDGED** on this the 11th day of December, 2007.

                                      **/s/ Sharion Aycock**
                                  **UNITED STATES DISTRICT JUDGE**

AGREED AS TO CONTENT AND FORM:

s/Mark A. Cliett
MARK A. CLIETT, MBN 9950
ATTORNEY FOR PLAINTIFF

s/Sam S. Thomas
SAM S. THOMAS, MBN 8307
ATTORNEY FOR DEFENDANTS